THE HONORABLE RICARDO S. MARTINEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HEIDI C., STUART C., and D.C., <br><br> Plaintiffs, <br><br> vs. <br><br> PREMERA BLUE CROSS, THE WHITMAN COLLEGE MEDICAL PLAN, AND WHITMAN COLLEGE, <br><br> Defendants. | Case No. 2:24-cv-00164-RSM <br><br> **ORDER GRANTING JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action and all claims by Plaintiffs Heidi C., Stuart C., and D.C. against Defendants Premera Blue Cross, the Whitman College Medical Plan, and Whitman College in this action are dismissed in their entirety, with prejudice and without fees or costs to any party.

**IT IS SO ORDERED.**

DATED this 20th day of August, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

[ORDER GRANTING JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
CASE NO. 2:24-CV-00164-RSM

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

*Presented by:*

**KILPATRICK TOWNSEND & STOCKTON LLP**

By  /s/ Gwendolyn C. Payton
Gwendolyn C. Payton, WSBA No. 26752
gpayton@ktslaw.com
1420 Fifth Ave., Suite 3700
Seattle, WA 98101
Telephone: (206) 626-7714
Facsimile: (206) 623-6793

*Counsel for Defendants*


**MEGAN E. GLOR, ATTORNEYS AT LAW**

By  /s/ Megan E Glor
Megan E Glor, Pro Hac Vice
megan@meganglor.com
707 Ne Knott Street, Ste 101
Portland, OR 97212
Telephone: (503) 223-7400
Fax: (503) 751-2071


**SIRIANNI YOUTZ SPOONEMORE HAMBURGER**

By  /s/ Eleanor Hamburger
Eleanor Hamburger, WSBA No. 26478
ehamburger@sylaw.com
Richard E Spoonemore, WSBA No. 21833
rspoonemore@sylaw.com
3101 Western Avenue, Ste 350
Seattle, WA 98121
Telephone: (206) 223-0303
Fax: (206) 223-0246

*Counsel for Plaintiffs*

[ORDER GRANTING JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
CASE NO.  2:24-CV-00164-RSM

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY under the penalty of perjury that on August 19, 2024, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**Megan E Glor**
MEGAN E. GLOR, ATTORNEYS AT LAW
707 NE KNOTT STREET, STE 101
PORTLAND, OR 97212
503-223-7400
Fax: 503-751-2071
Email: megan@meganglor.com

**Richard E Spoonemore**
SIRIANNI YOUTZ SPOONEMORE HAMBURGER
3101 WESTERN AVENUE STE 350
SEATTLE, WA 98121
206-223-0303
Fax: 206-223-0246
Email: rspoonemore@sylaw.com

**Eleanor Hamburger**
SIRIANNI YOUTZ SPOONEMORE HAMBURGER
3101 WESTERN AVENUE STE 350
SEATTLE, WA 98121
206-223-0303
Fax: 206-223-0246
Email: ehamburger@sylaw.com

**Kilpatrick Townsend & Stockton LLP**

By: *s/ Gwendolyn C. Payton*
    Gwendolyn C. Payton, WSBA No. 26752

*Counsel for Defendants*

CERTIFICATE OF SERVICE - 3
CASE NO. 2:24-CV-00164-RSM

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946